IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Jermaine Calahan;

]  Case Number 11-37523
]  CH 13
]  Judge Pamela S. Hollis
]
]
]
]
]

**RESPONSE TO NOTICE OF FINAL CURE**

Now comes, U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC4, Asset Backed Pass-Through Certificates, Series 2006-WMC4, by and through its attorneys of the law firm of Anselmo Lndberg Oliver LLC, and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX8176, the first lien on the property, is current and post-petition due for 9/1/2015.

U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC4, Asset Backed Pass-Through Certificates, Series 2006-WMC4

/s/ Crystal Sava
One of its Attorneys

Anselmo Lindberg Oliver, LLC
1771 W. Diehl Road, Suite 150
Naperville, IL  60563-4947
630-453-6960    866-402-8661    630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Certificate of Service:

I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on September 15, 2015, addressing the following:

TO:

Jermaine Calahan, 2746 Woodworth Place, Hazel Crest, IL 60429
Daniel J. Winter, 53 West Jackson, Suite 718, Chicago, IL 60604
Marilyn O Marshall, 224 South Michigan, Suite 800, Chicago, IL 60604